# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>) Case No: 1:22-cv-00014-WAL-EAH<br>LAMAR CONTRACTORS, LLC, )<br>)<br>*Defendants.* )<br>_____ )<br>)<br>LAMAR CONTRACTORS, LLC, )<br>)<br>*Third Party Plaintiff,* )<br>v. )<br>)<br>CERTAIN UNDERWRITERS AT ) Case No: 1:22-cv-00014-WAL-EAH<br>LLOYD'S OF LONDON SUBSCRIBING )<br>ON POLICY NO. BAPCPS23091, )<br>)<br>)<br>*Third Party Defendant.* | |

### UNDERWRITERS' NOTICE OF SERVICE OF
### RULE 26(a)(1)(A) INITIAL DISCLOSURES

Third-Party Defendants, **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BAPCPS23091**, hereby advise the Court that they served Plaintiff and Third-Party Plaintiff with Third-Party Defendants' Rule 26(a)(1)(A) Disclosures, as required by Federal Rule of Civil Procedure Rule 26(a)(1)(A), on April 5, 2023.

Dated: April 5, 2023

Respectfully submitted,

/s/ Neal R. Novak
Neal R. Novak, Esq. (VI Bar #1229)
Novak Law Offices
33 N. LaSalle St., Suite 1900
Chicago, IL  60602
(312) 425-2500 (office)
novak@novakjuris.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on April 5, 2023, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

        Respectfully submitted,

        /s/ Neal R. Novak
        Neal R. Novak, Esq. (VI Bar #1229)
        Novak Law Offices
        33 N. LaSalle St., Suite 1900
        Chicago, IL 60602
        (312) 425-2500 (office)
        novak@novakjuris.com

        *Attorneys for Certain Underwriters at Lloyd's, London Subscribing to Policy No. BAPCPS23091*