### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ ) | |
| ) | Civil No. 2022-cv-00014 |
| Plaintiff ) | |
| v. ) | |
| ) | |
| LAMAR CONTRACTORS, LLC ) | |
| ) | |
| Defendant/Third Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S OF ) | |
| LONDON subscribing on Policy No. ) | |
| BAPCPS23091 ) | |
| ) | |
| Third Party Defendant ) | |

### NOTICE OF SERVICE OF INITIAL RULE 26 DISCLOSURES

**NOTICE IS HEREBY GIVEN** that Defendant Lamar Contractors, LLC, by and through its undersigned counsel has served its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26 on counsel for Third Party Defendant Certain Underwriters at Lloyd's of London ("Lloyd's"), and counsel for Plaintiff Manuel Gutierrez.

DATE: April 5, 2023

*The Cattie Law Firm, P.C.*

/s/DAVID J. CATTIE
DAVID J. CATTIE, ESQ.
V.I. Bar No. 964
1710 Kongens Gade
St. Thomas, USVI 00802
Telephone: 340.775.1200
Facsimile:  800.878.5237
david.cattie@cattie-law.com

*For Lamar Contractors, LLC*