IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ<br><br>PLAINTIFF,<br><br>V.<br><br>LAMAR CONTRACTORS, LLC<br><br>DEFENDANT. | CASE NO. 1:22-CV-0014 |

NOTICE OF SERVICE

COMES NOW the Plaintiff, Manuel Gutierrez, and gives notice that on April 5, 2023 it served its initial disclosures upon all counsel of record.

Respectfully submitted,

ANDREW C. SIMPSON, P.C.,
Counsel for Manuel Gutierrez

Dated: April 6, 2023

/s/ Andrew C. Simpson
Andrew C. Simpson
VI Bar No. 451
ANDREW C. SIMPSON, P.C.
2191 Church Street, Suite 5
Christiansted, VI 00820
Tel: 340.719.3900
asimpson@coralbrief.com

1