IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ<br><br>PLAINTIFF,<br><br>V.<br><br>LAMAR CONTRACTORS, LLC<br><br>DEFENDANT. | CASE NO. 1:22-CV-0014 |

**MANUEL GUTIERREZ'S MOTION TO APPEAR REMOTELY
FOR THE APRIL 24, 2023 STATUS CONFERENCE**

Plaintiff, Manuel Gutierrez, moves for leave to allow his counsel to attend the April 24, 2023 status conference in this matter via remote means because his counsel will be off-island preparing for knee replacement surgery scheduled for April 26, 2023. The Court's Order scheduling the status conference allows off-island counsel to appear by videoconference but it is not clear that the order applies to undersigned counsel, given that his office is sited on St. Croix.

Pursuant to LRCi 7.1(f), all parties have consented to the relief requested in this motion.

Respectfully submitted,

1

                                                    **ANDREW C. SIMPSON, P.C.**,
                                                    Counsel for Manuel Gutierrez

Dated: April 6, 2023

                                                      /s/ Andrew C. Simpson
                                                  Andrew C. Simpson
                                                  VI Bar No. 451
                                                  ANDREW C. SIMPSON, P.C.
                                                  2191 Church Street, Suite 5
                                                  Christiansted, VI 00820
                                                  Tel: 340.719.3900
                                                  asimpson@coralbrief.com