IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ<br><br>PLAINTIFF,<br><br>V.<br><br>LAMAR CONTRACTORS, LLC<br><br>DEFENDANT. | CASE NO. 1:22-CV-0014 |

**[PROPOSED] ORDER ON MOTION TO APPEAR REMOTELY
FOR THE APRIL 24, 2023 STATUS CONFERENCE**

THIS MATTER comes before the Court on the unopposed motion to allow plaintiff's counsel to appear remotely for the April 24, 2023 status conference in this matter. In the motion, plaintiff explains that his counsel will be off-island for medical reasons on April 24, 2023. The Court's order allows off-island counsel to attend remotely.

The premises considered, the motion is **GRANTED** and counsel for plaintiff may appear remotely for the April 24, 2023 status conference. Counsel for plaintiff shall contact the Clerk of Court for remote dial-in information.

_____
Emile A. Henderson III
United States Magistrate Judge