# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) |
| | ) Case No: 1:22-cv-00014-WAL-EAH |
| LAMAR CONTRACTORS, LLC, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |
| LAMAR CONTRACTORS, LLC, | ) |
| | ) |
| *Third Party Plaintiff,* | ) |
| v. | ) Case No: 1:22-cv-00014-WAL-EAH |
| | ) |
| CERTAIN UNDERWRITERS AT LLOYD'S | ) |
| OF LONDON SUBSCRIBING ON POLICY | ) |
| NO. BAPCPS23091, | ) |
| | ) |
| *Third Party Defendant.* | ) |

**THIRD PARTY DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S, LONDON'S MOTION TO SEVER OR, ALTERNATIVELY, TO BIFURCATE THE THIRD-PARTY COMPLAINT**

Third-Party Defendant, Certain Underwriters at Lloyds, London Subscribing to Policy No. BAPCPS23091 ("Underwriters"), by and through counsel, respectfully move this Court Pursuant to Rules 14(a)(4), 21, and 42(b) of the Federal Rules of Civil Procedure to sever, or in the alternative, bifurcate the third-party complaint filed by Lamar Contractors, LLC ("Lamar") against Underwriters in this action. In support of this Motion, Underwriters file contemporaneously herewith their Memorandum of Law in Support.

WHEREFORE, Underwriters request that this Court sever the Third-Party Complaint, or alternatively, bifurcate it and award any further relief this Court deems to be fair and just.

Dated:  April 7, 2023                              Respectfully submitted,

                                                     /s/ Neal R. Novak
Neal R. Novak, Esq. (VI Bar #1229)
Novak Law Offices
33 N. LaSalle St., Suite 1900
Chicago, IL  60602
(312) 425-2500 (office)
novak@novakjuris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of April 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Neal R. Novak

Neal R. Novak, Esq. (VI Bar #1229)
NOVAK LAW OFFICES
33 N. LaSalle St., Suite 1900
Chicago, IL 60602
(312) 425-2500 (office)
novak@novakjuris.com