# EXHIBIT 2



# CENTERLINE CAR RENTALS

Plot # 3 Estate La Reine • P.O. Box 1529 • Kingshill, St. Croix, USVI 00851 • (340) 778-0450

**NO. STX-21225**

Date: 05/17/2018

| Customer | LAMAR CONTRACTORS, LLC |
|---|---|
| Residence | 481 JUDGE EDWARD DUFRESNE PARKWAY |
| City | LULING    State LA    Zip Code 70070 |
| Telephone | 985-785-7121                    Age |
| License No. | Expiration & State |
| State | |
| Company | LAMAR CONTRACTORS, LLC |
| City | LULING    State LA    Phone No 985-785-7121 |
| Local Address | 3001 H LITTLE PRINCESS |
| Additional Driver | ANYONE OVER MINIMUM AGE    Age |
| License No. | Expiration & State |
| Due Back By | 08/15/2018 02:00 PM    Deposits |
| Extend to | $   Date   Init |
| Extend to | |
| Extend to | |
| Remarks | |

|  | CURRENT CAR | REPLACED CAR | REPLACED CAR |
|---|---|---|---|
| Car No. | 3788 | | |
| Licenses No. | D-3528 | License No. | License No. |
| Model | F-150 CC | Model | Model |
| Time In | | Time In | Time In |
| Time Out | 05/17/2018 11:42 AM | Time out | Time out |
| Miles In | 8060 | Miles In | Miles In |
| Miles Out | 10 | Miles Out | Miles Out |
| Miles Driven | | Miles Driven | Miles Driven |

Gasoline Not Included
Minimum Rental One Day

Tank Level  F    Initial Here

NOTICE ALL AUTHORIZED DRIVERS MUST BE 25 OR OLDER & LICENSED

| | | |
|---|---|---|
| 238 Days | $ 80.00 | 19040.00 |
| Hours | $ 26.82 | |
| Weeks | $ 0.00 | |
| Towing | | 75.00 |
| Total Time and Mileage Charges | | |
| CDW Charge | | |
| VI Gov't Tax $5 daily | | 1190.00 |
| Sub Total | | |
| Gas 6.00/gal | | 210.00 |
| Other 8 /- Ap | | 1523.20 |
| Sub Total | | |
| Tire | | 180.00 |
| Less Refund For: | | |
| Total Charge | | 22218.20 |
| Less Deposits | | 18094.40 |
| Net Due Centerline Car Rentals Inc. | | 4123.80 |
| Net Due Customer | | |

All traffic and Parking tickets are the responsibility of the customer.

All Drivers must be Approved by Centerline Car Rentals, Inc.

**On St. Croix we DRIVE on the LEFT hand side of the road.**

Referred by: **REPEAT**

IN CASE OF ACCIDENT CALL POLICE 911
Insurance coverage requires that a police officer must make a report at the scene of the accident.    Initial here

COLLISION DAMAGE WAIVER: By initialing, Customer agrees to pay $____ per day, for each day or fraction thereof that this Rental Agreement is in effect and, PROVIDED THAT THE VEHICLE IS OPERATED OR USED IN CONFORMITY WITH THIS RENTAL AGREEMENT, Centerline Car Rentals agrees to waive all claims against the customer for collision damage to the vehicle in excess of $500. The customer is responsible for payment of any collision damage up to $500.    Initial here

COLLISION DAMAGE WAIVER DECLINED: Customer chooses not to pay the collision damage waiver and understands that he/she is responsible for all damages to the vehicle that occurs during the rental regardless of whether it is the customer's fault.    Initial here

COLLISION DAMAGE WAIVER LIMITS: Collision Damage Waiver does not relieve the customer of his/her obligation to pay for:
1. Towing of vehicle due to illegal parking or negligence.
2. Flat tires ($10.00 minimum per flat tire or value if damaged)
3. Theft or loss of soft top.
4. If damage or loss occurs during off-road use of vehicle

All of Centerline Car Rental's obligations under this agreement, including all insurance provisions hereof are void if vehicle is used or operated in violation of this rental agreement. However customer's obligations to CENTERLINE CAR RENTALS, INC. remain in force.

Customer authorizes CENTERLINE CAR RENTALS, INC. to submit a credit card voucher (if applicable) for payment for all charges, including any losses or damage regardless of whether it is caused by customer or by persons or causes known or unknown, at the time of return of vehicle.

PERSONAL INJURY / PROPERTY DAMAGE TO OTHERS: CENTERLINE CAR RENTALS, INC. PROVIDES COVERAGE FOR LISTED AUTHORIZED DRIVERS TO THE EXTENT NEEDED TO MEET MINIMUM FINANCIAL RESPONSIBILITY LIMITS OF V.I. CODE, ONLY AFTER PAYMENT OF ALL INSURANCE OR PROTECTION AVAILABLE TO AUTHORIZED DRIVER.

I AGREE TO BE BOUND BY THE TERMS AND CONDITIONS ON BOTH SIDES OF THIS RENTAL AGREEMENT AND TO RETURN VEHICLE TO CENTERLINE CAR RENTALS, INC. ON OR BEFORE DUE BACK DATE AND AT PLACE SPECIFIED

x _____
Customer's Signature

x _____
Signature Authorized CENTERLINE CAR RENTAL, INC Representative

CUSTOMER AGREES TO RETURN THIS VEHICLE TO THE CENTERLINE CAR RENTALS, INC. LOCATION ON OR BEFORE THE DUE BACK DATE AND AT PLACE SPECIFIED.

LIABILITY INSURANCE: Included in your rental of this vehicle is liability insurance as required by law. Liability insurance covers the CUSTOMER and NAMED APPROVED ADDITIONAL DRIVERS ONLY. Violation of this rental agreement may result in loss or limitation of such liability insurance (see reverse side).    Initial here

RENTAL CONTRACT:
1. Customer/Driver shall be liable for all traffic and parking violations, and for all damages, injuries or death resulting from his operation of the vehicle, his negligence, and shall hold harmless and indemnify CENTERLINE CAR RENTALS, INC. of and from any claim, suit or expense arising therefrom. Customer/Driver shall be liable for damage to or theft of the vehicle.
2. It is expressly understood and agreed that Customer/Driver is not the Agent, Employee or Servant of CENTERLINE CAR RENTALS, INC. in any manner whatsoever.
3. Customer/Driver shall only allow authorized drivers as identified in this rental agreement to drive the vehicle.
4. If the vehicle is not returned at the specified time and place, it will be considered stolen and treated as the same as theft of the vehicle.
5. Customer/Driver shall be responsible for flat tires and tires that are otherwised damaged. $10.00 per Flat Tire and value if damaged.

## CENTERLINE CAR RENTALS, INC., RENTAL AGREEMENT

CENTERLINE CAR RENTALS, INC. rents to Customer signing the face of this Agreement the vehicle described subject to the terms and conditions set forth on both sides of this Rental Agreement and Customer agrees:

1) Vehicle is the property of CENTERLINE CAR RENTALS, INC. and is in good condition. Customer will return vehicle, together with all tires and equipment in the same condition as when received ordinary wear and tear excepted, to the PLACE and on the DUE BACK DATE specified herein, or sooner upon demand by CENTERLINE CAR RENTALS, INC.

2) The following restrictions are cumulative and each shall apply to every use, operation or driving of vehicle. Under no circumstances shall vehicle be used, operated or driven:
   a) For the transportation of persons or property for hire; or
   b) By any person under age of 25; or
   c) By any person who has given CENTERLINE CAR RENTALS, INC. a false name age or address; or
   d) In any race, speed test or contest, or for any illegal purpose; or
   e) To propel, push or tow any vehicle or trailer; or
   f) By the Customer or any person while under the influence of intoxicants or narcotics; or
   g) In no instance where the odometer of vehicle has been tampered with or disconnected; or
   h) By any person except Customer or an Additional Driver shown on the reverse side hereof.
   i) For off-road Use.

3) Customer will pay CENTERLINE CAR RENTALS, INC. on demand all the time, mileage, service and other charges at the rates shown (Mileage shall be determined by reading factory installed odometer), as well as all Collision Damage Waiver charges and other charges that may be applicable to the use of vehicle. If Customer has directed the billing for charges to another person, or company, and upon being billed they shall fail to make payment, Customer will, upon demand by CENTERLINE CAR RENTALS, INC. promptly pay said charges.

4) CENTERLINE CAR RENTALS, INC. shall not be liable for loss or damage to any property left, stored or transported by Customer or any other person in or upon vehicle, either before or after the return thereof to CENTERLINE CAR RENTALS, INC. whether or not said loss or damage was caused by, or related to negligence of CENTERLINE CAR RENTALS, INC., its agents or employees. Customer assumes all risk of such loss or damage and waives all claims against CENTERLINE CAR RENTALS, INC., by reason thereof and Customer agrees to hold CENTERLINE CAR RENTALS, INC., harmless from and to defend and indemnify CENTERLINE CAR RENTALS, INC. against all claims based upon or arising out of such loss or damage.

5) AUTOMOBILE LIABILITY/ PERSONAL INJURY AND PROPERTY DAMAGE TO OTHERS: CENTERLINE CAR RENTALS, INC. provides automobile liability protection to Authorized Drivers listed on this Agreement for bodily injury and property damage to others resulting from use of this Vehicle. THIS PROTECTION IS LIMITED AS FOLLOWS:
   a) The LIABILITY PROTECTION DOES NOT APPLY until after the limits of all liability insurance and/or other protection available to the Customer and/or Authorized Driver (personal automobile insurance, employer's insurance and/or any other protection or indemnification, whether primary or excess) are exhausted, and then CENTERLINE CAR RENTALS, INC. protection applies only to the extent it is needed to meet, the minimum financial responsibility limits required by V.I. Code.
   b) CENTERLINE CAR RENTALS, INC. LIABILITY PROTECTION DOES NOT INCLUDE uninsured or underinsured motorist coverage, supplementary, no fault or any other insurance that is optional or can be waived, and Customer joins CENTERLINE CAR RENTALS, INC. in waiving and rejecting such insurance.
   c) LIABILITY PROTECTION DOES NOT INCLUDE any obligation to which Customer/Authorized Driver or any insurance carrier may be held liable under workman's compensation or disability benefits law, any obligation assumed by Customer/Authorized Driver under any contract of whatever nature, any liability of Customer/Authorized Driver, or employer either for personal injury, death or property damage caused directly or indirectly by reckless or intentional acts.

6) Customer agrees to pay all costs, expenses and attorney's fees incurred by CENTERLINE CAR RENTALS, INC. in collecting sums due or in regaining possession of vehicle or in enforcing or recovering any damages, losses or claims against Customer.

7) If vehicle has been rented by Customer using a false information including but not limited to a incorrect age, a fictitious name, address or business affiliation, or if Customer fails or refuses to return vehicle to CENTERLINE CAR RENTALS, INC. immediately, following demand upon the Customer by CENTERLINE CAR RENTALS, INC., or if the vehicle is not returned on the due back date at the prescribed location, Customer shall be conclusively presumed to be in wrongful possession of said vehicle and under such circumstances, Customer hereby authorizes CENTERLINE CAR RENTALS, INC. to repossess the vehicle, and releases and discharges CENTERLINE CAR RENTALS, INC., its agents and employees, from any and all claims, suits or demands of every kind of nature whatsoever arising out of or relating to any alleged false arrest, false imprisonment, false detention, defamation of character, assault, malicious prosecution, trespass or invasion of civil rights arising out of or relating to the issuance of a warrant, for the arrest of Customer, or any person operating vehicle, or arising out of or relating to any other action by CENTERLINE CAR RENTALS, INC., including but not limited to self-help, which CENTERLINE CAR RENTALS, INC. deems necessary in order to effect the return of vehicle, or the collection of any monies due CENTERLINE CAR RENTALS, INC. pursuant to the terms of the Rental Contract.

8) Customer shall be responsible for and shall pay all fines, penalties and forfeitures imposed for parking or traffic violations. In the event that the Customer fails to pay such fine and the Government of the Virgin Islands demands payment from Centerline, the Customer agrees that Centerline may charge such fine against the Customer's credit card.

9) No rights of CENTERLINE CAR RENTALS, INC., under this Rental Agreement may be waived other than in writing and signed or initialed by CENTERLINE CAR RENTALS, INC.

10) This contract is cancelled, and all insurance protection is void if the car is driven while the operator is intoxicated or under the influence of drugs and is involved in an accident. In such case the Customer and/or authorized driver is liable for all damages that occur from such accident.

11) This contract will be considered cancelled if deposits or payments by Customer cannot be converted into immediate cash.

12) Customer is liable for any damages due to driving on rough roads like dirt roads and trails, and any expense in returning car to CENTERLINE CAR RENTALS, INC. including rental time.

13) Renter agrees to lock ignition and doors to said vehicle, secure all windows and remove the key from vehicle when it is unattended.

14) If customer does not purchase collision damage waiver coverage (CDW), customer agrees to be responsible for loss of use while the vehicle is being repaired, regardless of whether CENTERLINE has other vehicles available for rent, as well as administrative costs associated with the repair.