## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ,<br><br>  Plaintiff,<br><br> v.<br><br>LAMAR CONTRACTORS, LLC,<br><br>  Defendant.<br>_____ | 1:22-cv-00014-WAL-EAH |
| LAMAR CONTRACTORS, LLC,<br><br>  Third Party Plaintiff,<br><br> v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING ON POLICY NO. BAPCPS23091,<br><br>  Third Party Defendant.<br>_____ | 1:22-cv-00014-WAL-EAH |

**TO:**  Andrew C. Simpson, Esq.
  David J. Cattie, Esq.
  Steven B. Loeb, Esq.
  Neal R. Novak, Esq.

## ORDER

**THIS MATTER** comes before the Court on Manuel Gutierrez's Motion to Appear Remotely for the April 24, 2023 Status Conference. Dkt. No. 47. In the motion, Andrew C. Simpson, Esq., counsel for Gutierrez, states that he will be off-island preparing for knee replacement surgery scheduled for April 26, 2023. *Id*. While the Court Order scheduling the April 24, 2023 status conference permitted off-island counsel to appear by videoconference,

*Gutierrez v. Lamar Contractors, LLC.*
1:22-cv-00014-WAL-EAH
Order
Page 2

it was not clear that it applied to Attorney Simpson who will be off-island, although his office is located on St. Croix.

Given the circumstances, the Court will grant the motion and permit Attorney Simpson to appear by videoconference.

Accordingly, it is hereby **ORDERED**:

1. Manuel Gutierrez's Motion to Appear Remotely for the April 24, 2023 Status Conference, Dkt. No. 47, is **GRANTED**.

2. Attorney Simpson may appear by videoconference at the status conference scheduled in this case for April 24, 2023 at 11:00 a.m. in STX Courtroom 3.

3. The Clerk's Office will provide the videoconference link.

ENTER:

Dated: April 10, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE