**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| MANUEL GUTIERREZ, )<br> )<br>    *Plaintiff,* )<br>v. )<br> )<br>LAMAR CONTRACTORS, LLC, )<br> )<br>    *Defendants.* )<br> ) | Case No: 1:22-cv-00014-WAL-EAH |
| LAMAR CONTRACTORS, LLC, )<br> )<br>    *Third Party Plaintiff,* )<br>v. )<br> )<br>CERTAIN UNDERWRITERS AT LLOYD'S )<br>OF LONDON SUBSCRIBING ON POLICY )<br>NO. BAPCPS23091, )<br> )<br>    *Third Party Defendants.* ) | Case No: 1:22-cv-00014-WAL-EAH |

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BAPCPS23091**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Certain Underwriters at Lloyd's, London Subscribing to Policy No. BAPCPS23091, certifies there is no such corporation that qualifies for disclosure under this rule.

Dated: April 18, 2023          Respectfully submitted,

NOVAK LAW OFFICES

      /s/ Neal R. Novak

Neal R. Novak, Esq.
VI Bar No. 1229
33 N. LaSalle St., Suite 1900
Chicago, IL  60602
(312) 425-2500 (office)
novak@novakjuris.com