### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAMAR CONTRACTORS, LLC, - ) <br> ) <br> Defendant. ) <br> LAMAR CONTRACTORS, LLC, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CERTAIN UNDERWRITERS AT LLOYD'S OF ) <br> LONDON subscribing on Policy No. ) <br> BAPCPS23091, ) <br> ) <br> Third-Party Defendant. ) | CASE NO. 1:22-cv-00014 <br><br><br><br><br><br><br><br><br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, that Ryan C. Stutzman, Esq. shall be substituted as counsel for Third-Party Defendant Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091 ("Underwriters"), in place of Neal R. Novak, Esq. It is further requested that all pleadings, correspondence and other documents intended for this party be served on Ryan C. Stutzman, Esq., at the below-listed address or via email at rstutzman@saastx.vi.

Respectfully Submitted,

**CSA Associates, P.C.**
1138 King Street, Suite 100, Christiansted, VI 00820
TEL: (340) 773-3681

Dated: June 30, 2023          By: /s/ Ryan C. Stutzman
                                              Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                              *Attorney for Third-Party Defendant*

                                                    **NOVAK LAW OFFICES**
                                                    33 North LaSalle Street, Suite 1900
                                                    Chicago, IL  60602
                                                    TEL: (312) 425-2500

Dated: June 30, 2023                  By:  /s/ Neal R. Novak
                                                    Neal R. Novak, Esq. (VI Bar No. 1229)
                                                    *Attorney for Third-Party Defendant*

## CERTIFICATE OF SERVICE

I do hereby certify that on June 30, 2023, a true and correct copy of the foregoing document was served via CM/ECF to all parties authorized to receive electronic notice in these cases.

| | |
|---|---|
| Andrew C. Simpson, Esq. | David J. Cattie, Esq. |
| Law Offices of Andrew C. Simpson | The Cattie Law Firm, P.C. |
| asimpson@coralbrief.com | david.cattie@cattie-law.com |
| | |
| Steven B. Loeb, Esq. | |
| Breazeale, Sachse & Wilson, LLP | |
| steven.loeb@bswllp.com | |

                                                            /s/ Ryan C. Stutzman
                                                            Ryan C. Stutzman