# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LAMAR CONTRACTORS, LLC, )<br>)<br>    Defendant. )<br>LAMAR CONTRACTORS, LLC, )<br>)<br>    Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S OF )<br>LONDON subscribing on Policy No. )<br>BAPCPS23091, )<br>)<br>    Third-Party Defendant. ) | CASE NO. 1:22-cv-00014<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** having come before the Court on Third-Party Defendant Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091's Joint Motion for Substitution of Counsel, and the Court having been advised in the premises, it is hereby

**ORDERED** that the Joint Motion for Substitution is **GRANTED**; and it is further

**ORDERED** that Ryan C. Stutzman, Esq. is hereby **SUBSTITUTED** for Neal R. Novak, Esq., as counsel for Third-Party Defendant Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091.

**SO ORDERED** this _____ day of _____, 2023.

 

_____
DISTRICT COURT JUDGE