**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **MANUEL GUTIERREZ,** <br><br> **Plaintiff,** <br> v. <br><br> **LAMAR CONTRACTORS, LLC,** <br><br> **Defendant.** <br>_____ <br><br> **LAMAR CONTRACTORS, LLC,** <br><br> **Third Party Plaintiff,** <br><br> v. <br><br> **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING ON POLICY NO. BAPCPS23091,** <br><br> **Third Party Defendant.** <br>_____ | 1:22-cv-00014-WAL-EAH <br><br><br><br><br><br><br><br><br> 1:22-cv-00014-WAL-EAH |

**TO:**   Andrew C. Simpson, Esq.
            *For Plaintiff*
         David J. Cattie, Esq.
         Steven B. Loeb, Esq.
         Neal R. Novak, Esq.

**<u>ORDER</u>**

**THIS MATTER** comes before the Court on the Joint Motion for Substitution of Counsel, filed on June 30, 2023. Dkt. No. 59. In this motion, counsel for Third Party Defendant, Certain Underwriters at Lloyd's of London Subscribing on Policy No. BAPCPS23091, stipulate that Ryan C. Stutzman, Esq. shall be substituted as counsel in place of Neal R. Novak, Esq. *Id.*

Having reviewed and considered the motion, it is hereby **ORDERED**:

*Gutierrez v. Lamar Contractors, LLC.*
1:22-cv-00014-WAL-EAH
Order
Page 2

1. The Joint Motion for Substitution of Counsel, Dkt. No. 59, is **GRANTED**.

2. Ryan C. Stutzman, Esq. shall be **SUBSTITUTED** as counsel for Third-Party Defendant Certain Underwriters at Lloyd's of London, and all pleadings, correspondence, and documents intended for this party shall be served upon him.

3. Neal R. Novak, Esq. is **RELIEVED AND TERMINATED** as counsel for Third-Party Defendant Certain Underwriters at Lloyd's of London.

ENTER:

Dated: June 30, 2023

/s/ Emile A. Henderson III
EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE