IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LAMAR CONTRACTORS, LLC,     - )<br>)<br>Defendant. )<br>LAMAR CONTRACTORS, LLC, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S OF )<br>LONDON subscribing on Policy No. )<br>BAPCPS23091, )<br>)<br>Third-Party Defendant. ) | CASE NO. 2022-CV-00014<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MEGHAN C. DALTON

Ryan C. Stutzman, Esq. hereby moves pursuant to L.R. Civ. P. 83.1 for the *pro hac vice* admission of Meghan C. Dalton, Esq. to participate as co-counsel for Third-Party Defendant Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091.

Undersigned counsel's Declaration in Support of the Motion is enclosed as **Exhibit A.** The qualifications of the applicant are fully set forth in her Questionnaire, a copy of which is enclosed as **Exhibit B**, and Attorney Dalton's Declaration, a copy of which is enclosed as **Exhibit C.** Attorney Dalton's Certificates of Good Standing are enclosed as **Exhibit D.**

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court enter an Order admitting Meghan C. Dalton, Esq., *pro hac vice* in the above referenced matter.

Respectfully Submitted,

Dated: July 11, 2023    By:   /s/ Ryan C. Stutzman
Ryan C. Stutzman, Esq. (VI Bar No. R2053)
CSA Associates, P.C.
1138 King Street, Suite 100
Christiansted, V.I. 00820
Tel: (340) 773-3681; rstutzman@saastx.vi
Attorney for Third-Party Defendant
Certain Underwriters at Lloyd's of
London subscribing on Policy No.
BAPCPS23091

## CERTIFICATE OF SERVICE

I do hereby certify that on July 11, 2023, a true and correct copy of the foregoing document was served via CM/ECF to all parties authorized to receive electronic notice in these cases.

Andrew C. Simpson, Esq.
Law Offices of Andrew C. Simpson
asimpson@coralbrief.com

David J. Cattie, Esq.
The Cattie Law Firm, P.C.
david.cattie@cattie-law.com

Steven B.. Loeb, Esq.
Breazeale, Sachse & Wilson, LLP
steven.loeb@bswllp.com

/s/ Ryan C. Stutzman
Ryan C. Stutzman