# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LAMAR CONTRACTORS, LLC, - )<br>)<br>    Defendant. )<br>LAMAR CONTRACTORS, LLC, )<br>)<br>    Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S OF )<br>LONDON subscribing on Policy No. )<br>BAPCPS23091, )<br>)<br>    Third-Party Defendant. ) | CASE NO. 2022-CV-00014<br><br><br><br><br><br>JURY TRIAL DEMANDED |

**AFFIRMATION OF RYAN C. STUTZMAN
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* OF MEGHAN C. DALTON**

  I, Ryan C. Stutzman, hereby affirm pursuant to 5 V.I.C. § 699 and declare under and subject to penalty of perjury that the following is true and correct:

  1. I am an active member in good standing of the V.I. Bar Association, having been an active member of the Virgin Islands Bar since November 2017.

  2. I am local counsel for Third-Party Defendant Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091 ("Underwriters").

3. Underwriters has requested that Meghan C. Dalton, Esq. participate as an attorney for Underwriters in its respective party capacities.

4. As local counsel for Underwriters, I hereby recommend the admission *pro hac vice* of Meghan C. Dalton, Esq. subject to compliance with the Court's Rules.

5. For the foregoing reasons and for reasons set forth in Meghan C. Dalton, Esq.'s Affidavit and Questionnaire, I respectfully request her admission be permitted.

                                          Respectfully Submitted,

Dated:  July 11, 2023        By:    /s/ Ryan C. Stutzman
                                                      Ryan C. Stutzman, Esq. (VI Bar No. R2053)
                                                        CSA Associates, P.C.
                                                        1138 King Street, Suite 100
                                                        Christiansted, V.I. 00820
                                                        Tel: (340) 773-3681; rstutzman@saastx.vi
                                                        Attorney for Third-Party Defendant
                                                        Certain Underwriters at Lloyd's of
                                                        London subscribing on Policy No.
                                                        BAPCPS23091