### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | Case No: 1:22-cv-00014-WAL-EAH |
| LAMAR CONTRACTORS, LLC, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |
| LAMAR CONTRACTORS, LLC, ) | |
| ) | |
| *Third-Party Plaintiff,* ) | |
| v. ) | |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S, ) | Case No: 1:22-cv-00014-WAL-EAH |
| LONDON SUBSCRIBING TO POLICY NO. ) | |
| BAPCPS23091, ) | |
| ) | |
| *Third-Party Defendant.* ) | |

## AFFIDAVIT OF MEGHAN C. DALTON
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Meghan C. Dalton, being duly sworn, deposes and states as follows, subject TO PENALTY OF PERJURY:

1. I am an attorney in good standing and admitted to the practice of law in the state of Massachusetts and Illinois and I have not suffered any disbarment or suspension of my license to practice before any jurisdiction.

2. I make this affidavit in support of the Motion for my admission *pro hac vice* for nominal defendant Certain Underwriters at Lloyd's London.

**Ex. C**

3. I AGREE, UPON MY ADMISSION, TO BE BOUND BY THE GRIEVANCE PROCEDURE ESTABLISHED BY the Virgin Islands Rules of Professional Conduct and to be subject to the disciplinary and contempt jurisdiction of any court of the U. S. Virgin Islands during the course of my practice *pro hac vice*, whether such disciplinary action is taken before or after termination or revocation of my admission *pro hac vice*.

Dated: July 11, 2023

_____
Meghan C. Dalton