### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LAMAR CONTRACTORS, LLC, - )<br>)<br>Defendant. )<br>LAMAR CONTRACTORS, LLC, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S OF )<br>LONDON subscribing on Policy No. )<br>BAPCPS23091, )<br>)<br>Third-Party Defendant. ) | CASE NO. 2022-CV-00014<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ORDER FOR ADMISSION *PRO HAC VICE*

**THIS MATTER** is before the Court on Motion for Admission *Pro Hac Vice* of Meghan C. Dalton, Esq. in the above-captioned case. It is hereby:

**ORDERED** that the Motion is **GRANTED** and that Meghan C. Dalton, Esq. is hereby **ADMITTED** *pro hac vice* in the above-captioned case.

ENTER:

Dated: _____

_____

Judge of the District Court