| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

| | |
|---|---|
| **MANUEL GUTIERREZ,** | |
| **Plaintiff,** | |
| **v.** | **1:22-cv-00014-WAL-EAH** |
| **LAMAR CONTRACTORS, LLC,** | |
| **Defendant.** | |
| ———————————————— | |
| **LAMAR CONTRACTORS, LLC,** | |
| **Third Party Plaintiff,** | |
| **v.** | **1:22-cv-00014-WAL-EAH** |
| **CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING ON POLICY NO. BAPCPS23091,** | |
| **Third Party Defendant.** | |
| ———————————————— | |

**TO:**  Andrew C. Simpson, Esq.
       David J. Cattie, Esq.
       Steven B. Loeb, Esq.
       Ryan C. Stutzman, Esq.

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

THIS MATTER comes before the Court on the Motion for Admission *Pro Hac Vice* of Meghan C. Dalton, Esq. Dkt. No. 61. Third Party Defendant Certain Underwriters at Lloyd's of London Subscribing on Policy No. BAPCPS23091 seeks the admission of Meghan C. Dalton, Esq., to appear and participate as co-counsel for said Third Party Defendant in the above-captioned matter. Third Party Defendant and Attorney Dalton have satisfied all the

*Gutierrez v. Lamar Contractors, LLC*
1:22-cv-00014-WAL-EAH
Order Granting Motion for Admission *Pro Hac Vice*
Page 2

requirements of Rule 83.1(b)(2)[1] of the Local Rules of Civil Procedure, and the appropriate fee has been paid.

The record shows that Meghan C. Dalton, Esq., currently is an attorney in good standing in the States of Massachusetts and Illinois. Her Massachusetts bar number is 6308838, and her Illinois bar number is 684581.

Attorney Dalton is bound by the grievance procedures established for the Virgin Islands bar, and she shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during her *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of her admission *pro hac vice*.

Upon consideration of the said motion, the completed Pro Hac Vice Application, the Affirmation of Ryan C. Stutzman, Esq., and the record herein, it is now hereby **ORDERED**:

1.    The Motion for Admission *Pro Hac Vice* of Meghan C. Dalton, Dkt. No. 61, is **GRANTED**;

2.    Meghan C. Dalton, Esq., is **ADMITTED** *pro hac vice* to practice before this Court in the above-captioned matter;

3.    Meghan C. Dalton, Esq., shall appear before the Court to take the oath of admission via videoconference; and

---

[1] Local Rules of Civil Procedure Rule 83.1(b)(2) states in pertinent part:

> Any member in good standing of the bar of any court of the United States or of the highest court of any state, who is not under suspension or disbarment by any court, may in the discretion of the Court, on motion, be permitted to appear and participate in a particular case.

LRCi 83.1(b)(2).

*Gutierrez v. Lamar Contractors, LLC*
1:22-cv-00014-WAL-EAH
Order Granting Motion for Admission *Pro Hac Vice*
Page 3

4.    Meghan C. Dalton, Esq., after taking the oath of admission, shall file forthwith

a notice of appearance into the record of the above-captioned matter.

ENTER:

Dated: July 25, 2023                         /s/ Emile A. Henderson III
                                             EMILE A. HENDERSON III
                                             U.S. MAGISTRATE JUDGE