# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | Case No: 1:22-cv-00014-WAL-EAH |
| LAMAR CONTRACTORS, LLC, ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |
| ) | |
| LAMAR CONTRACTORS, LLC, ) | |
| ) | |
| *Third Party Plaintiff,* ) | |
| v. ) | Case No: 1:22-cv-00014-WAL-EAH |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S ) | |
| OF LONDON SUBSCRIBING ON POLICY ) | |
| NO. BAPCPS23091, ) | |
| ) | |
| *Third Party Defendant.* ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Certain Underwriters at Lloyds, London Subscribing to Policy No. BAPCPS23091</u>

Date: August 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Meghan C. Dalton*
　　　　　　　　　　　　　　　　　　　　　　　　Attorney Signature

　　　　　　　　　　　　　　　　　　　　　　　　Meghan C. Dalton
　　　　　　　　　　　　　　　　　　　　　　　　Clyde & Co US LLP
　　　　　　　　　　　　　　　　　　　　　　　　55 West Monroe Street
　　　　　　　　　　　　　　　　　　　　　　　　Suite 3000
　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　　　312-635-7000
　　　　　　　　　　　　　　　　　　　　　　　　312-635-6950
　　　　　　　　　　　　　　　　　　　　　　　　Meghan.dalton@clydeco.us