IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAMAR CONTRACTORS, LLC, )<br>)<br>Defendant/Third Party Plaintiff. )<br>v. )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S OF )<br>LONDON subscribing on Policy No. BAPCPS23091 )<br>)<br>Third Party Defendant. )<br>) | Civil No. 2022-cv-00014 |

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a mediation conference was held on the 12th day of September 2023.

The following were present:

✔ 1. All Plaintiffs.

✔ 2. Plaintiff's trial counsel.

___ 3. If Plaintiff is not an individual, the representative who appeared had total authority.

___ 4. All Defendants.

✔ 5. Defendant's trial counsel.

✔ 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

✔ The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

___ The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

Page two
**Mediation Agreement**
Manuel Gutierrez v. Lamar Contractors, LLC v. Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091
Civil No. 2022-cv-00014

_____  The parties have reached a total impasse, all issues require Court action.

_____  The matter has been recessed for further mediation.

_____  Other:

DATE: 9/14/23
AMERICAN MEDIATION INSTITUTE

_/s/ David E. Nichols_
David E. Nichols, Esq.
Mediator
1000 Blacknbeard's Hill
St. Thomas, VI 00802
Telephone: 340-777-8109
davidnicholsvi@gmail.com

Distribution:
Andrew C. Simpson, Esq.
David Cattie, Esq.
Ryan Stutzman, Esq.