# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **MANUEL GUTIERREZ,**<br><br>       **Plaintiff,**<br>  v.<br><br>**LAMAR CONTRACTORS, LLC,**<br><br>       **Defendant.**<br>_____ | 1:22-cv-00014-WAL-EAH |
| **LAMAR CONTRACTORS, LLC,**<br><br>       **Third Party Plaintiff,**<br>  v.<br><br>**CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING ON POLICY NO. BAPCPS23091,**<br><br>       **Third Party Defendant.**<br>_____ | 1:22-cv-00014-WAL-EAH |

**TO:**    **Andrew C. Simpson, Esq.**
          *For Plaintiff*
      **David J. Cattie, Esq.**
      **Steven B. Loeb, Esq.**
          *For Lamar Contractors*
      **Meghan C. Dalton, Esq.**
      **Ryan C. Stutzman, Esq.**
          *For Certain Underwriters*

## ORDER

**THIS MATTER** comes before the Court on a Mediation Report filed on September 14, 2023 by Mediator David E. Nichols, Esq. Dkt. No. 65. In his Mediation Report, Attorney Nichols states that the conflict has been completely resolved, and the parties will be submitting a Stipulation Agreement and/or Notice of Dismissal. *Id*.

*Gutierrez v. Lamar Contractors, LLC.*
1:22-cv-00014-WAL-EAH
Order
Page 2

The premises considered, it is now hereby **ORDERED**:

1. The parties shall file a stipulation of dismissal on or before **November 14, 2023**.

2. If the parties do not file a stipulation of dismissal by November 14, 2023, the Court will hold a status conference on **Friday, November 17, 2023 at 11:00 a.m. All counsel shall appear IN PERSON in STX Courtroom 3.**

                        ENTER:

Dated: September 14, 2023         /s/ Emile A. Henderson III
                                                EMILE A. HENDERSON III
                                                U.S. MAGISTRATE JUDGE