# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| MANUEL GUTIERREZ ) | |
| ) | Civil No. 2022-cv-00014 |
| Plaintiff ) | |
| v. ) | |
| ) | |
| LAMAR CONTRACTORS, LLC ) | |
| ) | |
| Defendant/Third Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S OF ) | |
| LONDON subscribing on Policy No. ) | |
| BAPCPS23091 ) | |
| ) | |
| Third Party Defendant ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Plaintiff MANUEL GUTIERREZ, and Defendant/Third-Party Plaintiff LAMAR CONTRACTORS, LLC, and Third-Party Defendant Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091, pursuant to Fed.R.Civ.P. 41(a) and (c), hereby stipulate that all claims, of any nature, filed by or against any party in the above-captioned action be immediately dismissed with prejudice, with each party to bear his/its own attorneys' fees, costs, and expenses.

So Stipulated this 26th day of October, 2023:

| **ANDREW C. SIMPSON, P.C.,** | **The Cattie Law Firm, P.C.** |
|---|---|
| By: /s/ Andrew C. Simpson, Esq. | By: /s/ David J. Cattie |
| Andrew C. Simpson, Esq. | David J. Cattie, Esq. |
| VI Bar No. 451 | V.I. Bar No. 964 |
| ANDREW C. SIMPSON, P.C. | 1710 Kongens Gade |
| 2191 Church Street, Suite 5 | St. Thomas, USVI 00802 |
| Christiansted, VI 00820 | Telephone: 340.775.1200 |

Joint Stipulation of Dismissal with Prejudice of All Claims

| | |
|---|---|
| Tel: 340.719.3900<br>asimpson@coralbrief.com<br><br>Counsel for Manuel Gutierrez | Facsimile: 800.878.5237<br>david.cattie@cattie-law.com<br><br>Counsel for Lamar Contractors, LLC |
| **CSA Associates, P.C.**<br><br>/s/ Ryan C. Stutzman, Esq.<br>Ryan C. Stutzman, Esq. (VI Bar No. R2053)<br>1138 King Street, Suite 100<br>Christiansted, V.I. 00820<br>Tel: (340) 773-3681;<br>rstutzman@saastx.vi<br><br>**Clyde&Co.**<br><br>/s/Meghan Dalton<br>Meghan Dalton, Esq.<br>55 West Monroe Street, Ste. 3000<br>Chicago, IL 60603<br>312.635.70000<br>Meghan.dalton@clydeco.us<br>* *Pro Hac Vice*<br><br><br>Attorneys for Third-Party Defendant Certain Underwriters at Lloyd's of London subscribing on Policy No. BAPCPS23091 | **THIS SPACE LEFT BLANK** |